# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) PETER J. BADDICK, III., ) DO. ) ) Defendant. | Civil Action No.: 3:22-cv-00512-KM |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendant, Peter J. Baddick, III., D.O., in the above-captioned matter.

Dated: June 8, 2022

Respectfully submitted,

*/s/ Conor R. McCabe*
Conor R. McCabe
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: 973-618-1660
cmccabe@frierlevitt.com
Attorney No. 327976

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing has been served on all parties of record through the Court's CM/ECF system**.**

Dated: June 8, 2022

                                           */s/ Conor R. McCabe*
                                           Conor R. McCabe