# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:22-cv-00512-KM ) |
| v. | ) ) |
| PETER J. BADDICK, III., DO. | ) ) |
| Defendant. | |

## **ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant's Unopposed Motion for Enlargement of Time, it is hereby ordered that the motion is GRANTED.

Defendant may answer or otherwise respond to the Complaint by August 12, 2022.

_____
KAROLINE MEHALCHICK
Chief United States Magistrate Judge