# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> PETER J. BADDICK, III., DO. </br></br> Defendant. | Civil Action No.: 3:22-cv-00512-KM |

## DEFENDANT'S FOURTH UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Peter J. Baddick, III., D.O. ("Defendant"), by and through his undersigned counsel, hereby requests that the Court enlarge the time within which Defendant has to respond to the Complaint in the above-captioned action. In support of this Motion, Defendant avers as follows:

1. On April 6, 2022, the U.S. government instituted this action by filing a Complaint.

2. On June 9, 2022, August 8, 2022, and October 10, 2022, Defendant filed Motions seeking to extend time to respond to the Complaint. See ECF Nos. 5, 8, and 11, respectively.

3. This Court granted the Motions permitting Defendant to file an answer or otherwise respond to the Complaint by November 25, 2022. See ECF

Nos. 6, 9, and 15.

4. The parties are continuing to engage in ongoing discussions aimed at a potential resolution of this matter.

5. In light of the foregoing, Defendant respectfully requests an additional enlargement of time to respond to the Complaint until January 24, 2023, in order to provide time for the parties to engage in further settlement discussions.

6. On November 21, 2022, counsel for Defendant sought the concurrence of Assistant U.S. Attorney Bryan Craig Black, with respect to the instant Fourth Motion for Enlargement of Time.

7. On November 21, 2022, Mr. Black informed Defendant's counsel that the government does not oppose the instant Motion seeking an additional extension of time to respond to the Complaint.

WHEREFORE, Defendant respectfully requests that the Court enlarge the time for him to respond to the Complaint until January 24, 2023.

Dated: November 23, 2022   Respectfully submitted,

*/s/ Conor R. McCabe*
Conor R. McCabe (PA 327976)
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: 973-618-1660
cmccabe@frierlevitt.com
*Attorney for Defendant*

## **CERTIFICATE OF CONCURRENCE**

I hereby certify that counsel for Defendant Dr. Peter J. Baddick has conferred with counsel for the U.S. government, who concurs with this request.

Dated: November 23, 2022

                                            */s/ Conor R. McCabe*
                                            Conor R. McCabe

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing has been served on all parties of record through the Court's CM/ECF system**.**

Dated: November 23, 2022

                                        */s/ Conor R. McCabe*
                                        Conor R. McCabe