UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO.: 3:22-CV-00512-KM |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE MEHALCHICK |
| | ) |
| PETER J. BADDICK, III., DO. | ) |
| | ) [ELECTRONICALLY FILED] |
| Defendant. | ) |

## NOTICE TO THE COURT AND COUNSEL

Plaintiff, the United States of America, hereby files this Notice to the Court and Counsel to advise the Court of Plaintiff's Intention to file an Amended Complaint in this matter pursuant to F.R.C.P. 15 (a)(1)(B) within twenty-one (21) days of the filing of Defendant's Motion to Dismiss. This Notice is anticipatory to Defendant's anticipated position that Plaintiff's failure to file a response to Defendant's Motion to Dismiss as required by LR 7.6 within fourteen (14) days of the filing by Defendant of the Motion to Dismiss is deemed as non-opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

**GERARD M. KARAM**
United States Attorney

Dated: April 14, 2023 /s/ *B. Craig Black*
B. Craig Black
Assistant United States Attorney
PA 36818
1501 N 6th St – Box 200
Harrisburg, PA 17102
Direct Dial: (717) 614-4246
BBlack@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO.: 3:22-CV-00512-KM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE MEHALCHICK |
| | ) | |
| PETER J. BADDICK, III., DO. | ) | |
| | ) | [ELECTRONICALLY FILED] |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on this Friday, April 14, 2023, she caused to be served a copy of the foregoing Notice to the Court and Counsel by electronic means to his counsel of record, addressed as follows:

Conner McCabe, Esquire – cmccabe@frierlevitt.com

and, via email, addressed as follows:

Jason N. Silberberg, Esquire – jsilberberg@frierlevitt.com

/s/ Samantha M. Deibert
SAMANTHA M. DEIBERT
Legal Assistant